OLIVER NAAS et al., Copartners Doing Business under the Name of NAAS & ST. JOHN, Respondents, *v.* NEW YORK CO-OPERATIVE SEED POTATO ASSOCIATION, INC., Appellant.

Submitted November 12, 1946; decided January 16, 1947.

*Joe Schapiro* for motion.

*George Skivington* and *John Skivington* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, the moving papers are amended to comply with rule 21 (subd. b) of the rules of this court.